John E. Barry (SBN 216606)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
jbarry@wileyrein.com

*Counsel for Continental Casualty Company*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REDWOOD CAPITAL GROUP, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 5:14-cv-05667-EJD <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 11-5, John E. Barry moves to withdraw as counsel of record for Continental Casualty Company ("Continental").  Continental will continue to be represented in this action by Kimberly Ashmore and Ashley Eiler of Wiley Rein LLP and John Feeney and Bryan Silverman of Murphy, Pearson, Bradley & Feeney.

Dated: August 17, 2015      /s/ John E. Barry
                            John E. Barry (SBN 216606)
                            Wiley Rein LLP
                            1776 K Street, N.W.
                            Washington, D.C.  20006
                            Tel: (202) 719-7000
                            Fax: (202) 719-7049
                            jbarry@wileyrein.com
                            *Counsel for Continental Casualty Company*

1 | **IT IS SO ORDERED:**

3 | DATED: August __18__ 2015

Hon. Edward J. Davila
United States District Judge