Timothy J. Tatro (SBN 175633)
Julie Thorpe-Lopez (SBN 259981)
TATRO & ZAMOYSKI, LLP
12760 High Bluff Drive, Suite
San Diego, CA 92130
Tel: 858-244-5032
Fax: 858-847-0032
Tim@TatroZamoyski.com
Julie@TatroZamoyski.com
*Counsel for Plaintiff-Counterclaim Defendant Redwood Capital Group, LLC*

John H. Feeney (SBN 083395)
Bryan S. Silverman (SBN 295091)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94018
Tel: (415) 788-1900
Fax: (415) 393-8087
jfeeney@mpbf.com
bsilverman@mpbf.com

Kimberly A. Ashmore (appearance *pro hac vice*)
Ashley E. Eiler (appearance *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
kashmore@wileyrein.com
aeiler@wileyrein.com
*Counsel for Defendant-Counterclaim Plaintiff Continental Casualty Company*

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 9/23/2015

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REDWOOD CAPITAL GROUP,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 5:14-cv-05667-EJD-NC<br><br>**JOINT STIPULATION REGARDING AMENDMENT OF THE PLEADINGS** |

- 1 -
JOINT STIPULATION REGARDING AMENDMENT OF THE PLEADINGS

In accordance with Federal Rule of Civil Procedure 15(a)(2) and the Court's Scheduling Order dated July 21, 2015 (Doc. No. 29), Plaintiff / Counterclaim Defendant Redwood Capital Group LLC ("Redwood") and Defendant / Counterclaim Plaintiff Continental Casualty Company ("Continental") hereby stipulate and agree that Continental may file its Amended Answer to the Complaint and First Amended Counterclaim on or before September 21, 2015; and that Redwood may file its Answer to the First Amended Counterclaim in accordance with the deadline established by Federal Rule of Civil Procedure 12. Each of the amended pleadings will be submitted by the respective filing party via the CM/ECF system.

Dated: September 21, 2015

Respectfully submitted,

/s/ Timothy J. Tatro
Timothy John Tatro
Julie Thorpe Lopez
TATRO AND ZAMOYSKI, LLP
12760 High Bluff Drive, Suite
San Diego, CA 92130
Tel: 858-244-5032
Fax: 858-847-0032
Tim@TatroZamoyski.com
Julie@TatroZamoyski.com

*Counsel for Plaintiff-Counterclaim Defendant Redwood Capital Group, LLC*

/s/ Ashley E. Eiler
Kimberly A. Ashmore (appearance *pro hac vice*)
Ashley E. Eiler (appearance *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
kashmore@wileyrein.com
aeiler@wileyrein.com

John H. Feeney (SBN 083395)
Bryan S. Silverman (SBN 295091)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94018
Tel: (415) 788-1900
Fax: (415) 393-8087
jfeeney@mpbf.com
bsilverman@mpbf.com

*Counsel for Defendant-Counterclaim Plaintiff Continental Casualty Company*