1  Timothy J. Tatro (SBN 175633)
   Julie Thorpe-Lopez (SBN 259981)
2  TATRO & ZAMOYSKI, LLP
   12760 High Bluff Drive, Suite
3  San Diego, CA 92130
   Tel: 858-244-5032
4  Fax: 858-847-0032
   Tim@TatroZamoyski.com
5  Julie@TatroZamoyski.com
   *Counsel for Plaintiff-Counterclaim Defendant*
6  *Redwood Capital Group, LLC*

7  John H. Feeney (SBN 083395)
   Bryan S. Silverman (SBN 295091)
8  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
9  San Francisco, CA  94018
   Tel: (415) 788-1900
10 Fax: (415) 393-8087
   jfeeney@mpbf.com
11 bsilverman@mpbf.com

12 Kimberly A. Ashmore (appearance *pro hac vice*)
   Ashley E. Eiler (appearance *pro hac vice*)
13 WILEY REIN LLP
   1776 K Street, N.W.
14 Washington, D.C.  20006
   Tel: (202) 719-7000
15 Fax: (202) 719-7049
   kashmore@wileyrein.com
16 aeiler@wileyrein.com
   *Counsel for Defendant-Counterclaim*
17 *Plaintiff Continental Casualty Company*



IT IS SO ORDERED

Judge Edward J. Davila

DATED: 5/17/2016

18        **IN THE UNITED STATES DISTRICT COURT**

19        **NORTHERN DISTRICT OF CALIFORNIA**

20        **SAN JOSE DIVISION**

| | |
|---|---|
| 21  REDWOOD CAPITAL GROUP, | Case No. 5:14-cv-05667-EJD-NC |
| 22        Plaintiff and<br>        Counterclaim-Defendant, | |
| 23 | **JOINT STIPULATION OF DISMISSAL,** |
| 24  vs. | **WITH PREJUDICE** |
| 25  CONTINENTAL CASUALTY COMPANY, | |
| 26        Defendant and<br>        Counterclaim-Plaintiff. | |
| 27 | |
| 28 | |

- 1 -

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant / Counterclaim

2    Plaintiff Continental Casualty Company and Plaintiff / Counterclaim Defendant Redwood

3    Capital Group LLC jointly stipulate to the voluntary dismissal of this action, with prejudice,

4    including all claims and counterclaims.  Each party is to bear its own attorneys' fees and costs.

5       The Clerk shall close this file.

6

7    Dated: May 13, 2016                    Respectfully submitted,

8

9    /s/ Timothy J. Tatro (with permission)      /s/ Ashley E. Eiler
     Timothy J. Tatro (SBN 175633)               Kimberly A. Ashmore (appearance *pro hac vice*)
     Julie Thorpe-Lopez (SBN 259981)             Ashley E. Eiler (appearance *pro hac vice*)
10   TATRO & ZAMOYSKI, LLP                        WILEY REIN LLP
     12760 High Bluff Drive, Suite 210           1776 K Street, N.W.
11   San Diego, CA  92130                        Washington, D.C.  20006
     Tel: (858) 244-5032                         Tel: (202) 719-7000
12   Fax: (858) 847-0032                         Fax: (202) 719-7049
     tim@tatrozamoyski.com                       kashmore@wileyrein.com
13                                               aeiler@wileyrein.com

14   *Attorneys for Plaintiff-Counterclaim*
     *Defendant Redwood Capital Group, LLC*      John H. Feeney (SBN 083395)
                                                 Bryan S. Silverman (SBN 295091)
15                                               MURPHY, PEARSON, BRADLEY & FEENEY
                                                 88 Kearny Street, 10th Floor
16                                               San Francisco, CA  94018
                                                 Tel: (415) 788-1900
17                                               Fax: (415) 393-8087
                                                 jfeeney@mpbf.com
18                                               bsilverman@mpbf.com

19                                               *Counsel for Defendant-Counterclaim*
                                                 *Plaintiff Continental Casualty Company*
20

21

22

23

24

25

26

27

28

- 2 -

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE